1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11  PEOPLE OF THE STATE OF            Case No. 1:25-cv-00904-JLT-EPG
    CALIFORNIA,
12                                    ORDER ADOPTING FINDINGS AND
            Plaintiff,                RECOMMENDATIONS THAT THIS
13                                    ACTION BE REMANDED TO STATE
        v.                            COURT
14
                                      (Docs. 5, 6[1].)
15  GILBERTO VALADEZCANCHOLA,

16          Defendant.

17

18          Gilberto Valadezcanchola removed this matter to this Court based related to criminal

19  charges against him for unlicensed driving and wet/reckless from June 2, 2022. In addition,

20  Defendant claims there is a bench warrant against him, issued February 23, 2023, for non-

21  completion of community service and unpaid fines. (Doc. 1.) This matter was referred to a United

22  States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23          On September 18, 2025, the assigned magistrate judge entered findings and

24  recommendations, recommending that this action be remanded to the Superior Court of

25  California, County of Tulare (Doc. 5.) The Court served the findings and recommendations on

26

27  ───────────────
    [1] A Corrected Findings and Recommendations was filed on September 22, 2025 (Doc. 6.) This version
28  corrected the case number. No other changes were made.

1

Defendant and notified him that any objections were due within 30 days. (*Id.* at 5.) The Court advised her that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Defendant did not file objections and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.      The findings and recommendations issued on September 18, 2025, are **ADOPTED IN FULL**. (Doc. 5.)

2.      This case be **REMANDED** to Tulare County Superior Court.

3.      Defendant's motion to proceed *in forma pauperis* (Doc. 2.) be **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **October 22, 2025**

UNITED STATES DISTRICT JUDGE

2